## UHLER *v.* RYER.

*(Common Pleas of New York City and County, General Term. April 1, 1889.)*

APPEAL—REARGUMENT.

Where an appellant is advised of the question of the appealability of an order by the opinion of the court below, and has ample opportunity to be heard thereon, and the appeal is dismissed on that question, he is not entitled to a reargument.

On motion for reargument.

The case is stated in 2 N. Y. Supp. 729. An appeal by defendant to the court of common pleas was dismissed because the order was not appealable, (no opinion being written) and appellant makes this motion.

Argued before LARREMORE, C. J., and DALY and VAN HOESEN, JJ.

*H. M. Collyer,* for motion. *J. G. Mitchell,* opposed.

DALY, J. The moving party does not bring himself within the rule as to rearguments laid down in *Curley* v. *Tomlinson,* 5 Daly, 283. The question as to the appealability of the order of the general term of the city court was the principal question before our general term. The appellant was advised by the opinion written in the city court, and printed in his own case, of that very question, and he had ample opportunity to be heard upon it. Motion denied, with $10 costs. All concur.